UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No.: 07-cr-20534

EQUANIA NELSON,                    Hon. Patrick J. Duggan

    Defendant.
_____/

## STIPULATION AND ORDER EXTENDING REPORTING DATE

**IT IS HEREBY STIPULATED** by the parties that Defendant Equania Nelson's reporting date to the Federal Bureau of Prisons be extended from December 6, 2008, until January 6, 2009, for the reason that the Defendant needs additional time to secure residential psychiatric placement for her daughter, who became eligible for Medicaid on November 10, 2008, and it requires additional neuropsychological testing before residential placement can be secured.

| | |
|---|---|
| s/ Paul Burakoff w/consent | s/ Nancy L. McGunn |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort St., Ste. 2300 | 613 Abbott, 5th Floor |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9100 | (313) 967-5846 |
| Email: paul.burakoff@usdoj.gov | Email: Nancy_McGunn@fd.org |
| | P55156 |

Date: November 25, 2008

**SO ORDERED.**

                                            s/Patrick J. Duggan
                                            United States District Judge

Dated: December 1, 2008